A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION    MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

ARKANSAS EASTERN
| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ARE | 1 | 09-36 | Mickey Doyle, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-109 | Clinton McGraw, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-110 | B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-111 | Henry Kelly v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-116 | Kirk Brann, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-118 | Stanley Bosnick v. Bayer CropScience, LP |
| ARE | 2 | 09-119 | Eloise Bosnick Family Trust v. Bayer CropScience, LP |
| ARE | 2 | 09-120 | Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP |
| ARE | 2 | 09-121 | Bosnick Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-126 | Dean Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-127 | Jay Reiman, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-128 | Darrell Brady, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-129 | Steve Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-130 | Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-131 | Anna Claire Farms, Inc., et al. v. Bayer AG, et al. |
| ARE | 3 | 09-132 | Bullard Farms, Inc., et al. v. Bayer AG, et al. |
| ARE | 3 | 09-134 | Louiese Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-135 | Ninety-Six Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-136 | South Bayou Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-137 | Tool Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-138 | BC&MC Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-139 | Blue Lake Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-140 | Bosnick Family Trust v. Bayer CropScience, LP |
| ARE | 3 | 09-141 | Long Grain Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-142 | Long Rows, Inc. v. Bayer CropScience, LP |
| ARE | 4 | 09-677 | Lane Oliver, et al. v. Bayer CropScience, LP, et al. |
| ARE | 4 | 09-678 | Ronald Bauman, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-230 | Jason Smith, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-231 | Rick Siems, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-232 | Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-234 | Jay B. Coker, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-235 | Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-237 | Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-239 | Billy M. Long, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-240 | Greg Hackney, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-241 | James M. Craig, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-242 | Wade Richter, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-243 | Wendell Stratton, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-244 | Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al. |

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ARKANSAS EASTERN | |
| ARE  5   09-245 | Brad Haynes, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-246 | James Noble, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-247 | Curtis Simpson, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-248 | Curt Moore, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-249 | John Worring, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-250 | Jon L. Baker, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-251 | Brandon Rodgers, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-252 | Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-253 | Roy McCollum, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-254 | Walter E. Daniel, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-255 | Greg Kerksieck, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-256 | Brooks Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-257 | John Ross, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-258 | Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-259 | Gary Stone, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-260 | Robert H. Dilday, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-261 | Brent Clawitter, et al. v. Bayer CropScience, LP, et al. |
| ARE  5   09-262 | Talka Corp. v. Bayer CropScience, LP |
| ARE  5   09-263 | Stanley Welty v. Bayer CropScience, LP |
| ARE  5   09-264 | W.N. Gillison Revocable Trust v. Bayer CropScience, LP |
| ARE  5   09-265 | Dave Black, et al. v. Bayer CropScience, LP |
| ARE  5   09-266 | C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP |
| ARE  5   09-267 | A&K Farms, Inc. v. Bayer CropScience, LP |